UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GILLHAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX, INC.; COLUMBIA COLLECTION SERVICE, INC.; PROFESSIONAL CREDIT SERVICE; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-00444-JAM-DB<br><br>**ORDER OF DISMISSAL** |

　　Having considered the Stipulation for Dismissal of Defendant COLUMBIA COLLECTION SERVICE, INC., the Court rules as follows: Defendant COLUMBIA COLLECTION SERVICE, INC. is hereby dismissed from this action with prejudice. Each party shall bear its own costs and expenses.

　　IT IS SO ORDERED.

DATED: 12/28/18　　　　　/s/ John A. Mendez
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE