Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Christopher Gillham

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER GILLHAM<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL CREDIT SERVICE<br>Defendant. | Case No.: 2:18-cv-00444-JAM-DB<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Professional Credit Service is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/8/2019            /s/ John A. Mendez
                                    Hon. JOHN A. MENDEZ
                                    UNITED STATES DISTRICT JUDGE